AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
### Richmond Division

| | |
|---|---|
| Rountree Motors, Inc. et al. <br><br> *Plaintiff* <br><br> v. <br><br> Commonwealth Dealers Life Insurance Company <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:13CV047 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Commonwealth Dealers Life Insurance Company
    c/o William D. Bayliss, Esquire
    200 S. Tenth Street
    Richmond, Virginia 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Steven S. Biss, Esquire
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
*CLERK OF COURT*

Date: JAN 22 2013

*Signature of Clerk or Deputy Clerk*